

Superior Household Manufacturing Company, Appellee, v. Basil Brune (Basel H. Brune), Appellant.

Gen. No. 44,634.

Arrington & Healy, for appellant; Leffmann & Mann, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed December 20, 1949; rehearing denied January 3, 1950; released for publication January 5, 1950.